IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHN OIRYA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 3:19-cv-635-ECM |
| ) | |
| MANDO AMERICA CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OPINION and ORDER**

On June 20, 2023, the Magistrate Judge entered a Recommendation (doc. 94) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, and for good cause, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The Plaintiff's Objections to the Defendant's Bill of Costs are SUSTAINED to the extent that costs of $889.00 for "video conferencing" are DISALLOWED.

3. The Plaintiff's other Objections are OVERRULED.

4. The Defendant's Motion for an Award of Costs (doc. 84) is GRANTED to the extent that the Defendant is ALLOWED costs in the amount of $3,248.91.

Done this 6th day of July, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE